IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Woodward, Gavin | Case Number: 06 B 15475 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 3/11/08 | Filed: 11/25/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 24, 2008
Confirmed: March 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 35,250.00 |  |
| Secured: |  | 32,522.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 824.00 |
| Trustee Fee: |  | 1,903.50 |
| Other Funds: |  | 0.00 |
| Totals: | 35,250.00 | 35,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 824.00 | 824.00 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 58,352.88 | 31,372.50 |
| 5. | Countrywide Home Loans Inc. | Secured | 110,289.46 | 1,150.00 |
| 6. | B-Real LLC | Unsecured | 6,449.58 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 4,707.32 | 0.00 |
| 8. | American General Finance | Secured |  | No Claim Filed |
| 9. | Capital One Auto Finance | Unsecured |  | No Claim Filed |
| 10. | American General Finance | Unsecured |  | No Claim Filed |
|  |  |  | $ 180,623.24 | $ 33,346.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,903.50 |
|  | $ 1,903.50 |

Case 06-15475    Doc 39    Filed 03/11/08    Entered 03/11/08 10:55:56    Desc    Page 2 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Woodward, Gavin

Printed: 3/11/08

Case Number: 06 B 15475
Judge: Wedoff, Eugene R
Filed: 11/25/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

